Alan Harris (SBN 146079)
David Garrett (SBN 160274)
Min Ji Gal (SBN 311963)
HARRIS & RUBLE
655 North Central Avenue 17th Floor
Glendale California 91203
Tel: 323.962.3777
Fax: 323.962.3004
E-mail: harrisa@harrisandruble.com
E-mail: mgal@harrisandruble.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. GOEBEL, individually and as on behalf of the State of California as well as proposed Classes of Aggrieved Employees,<br><br>Plaintiff,<br><br>v.<br><br>STRANDED LLC, a California Limited Liability Company; PAULA PATTON, an individual; DEON L. TAYLOR, an individual; ROXANNE TAYLOR, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No: 2:17-CV-01565-TLN-EFB<br>*Assigned to the Hon. Troy L. Nunley*<br><br>**STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff Goebel may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the Defendants Stranded, LLC, Deon L. Taylor and Roxanne Taylor waive notice and service of the amended complaint and shall answer the amendment within 30 days of the Court signing the order allowing leave to amend and the amended complaint filed.

IT IS SO STIPULATED.

DATED: November 2, 2017     HARRIS & RUBLE

                            By: */s/ Alan Harris*
                                Alan Harris
                                Attorney for Plaintiff Goebel

DATED: November 2, 2017     FRY LAW CORPORATION

                            By: */s/ Christopher J. Fry*
                                Christopher J. Fry
                                Attorney for Defendants Stranded,
                                LLC, Deon L. Taylor and Roxanne
                                Taylor

**ORDER**

The parties having submitted a Joint Stipulation to allow Plaintiff to file a First Amended Complaint, the Court hereby GRANTS the stipulation.

IT IS SO ORDERED.

Dated: November 6, 2017

_____
Troy L. Nunley
United States District Judge