Christopher J. Fry, Esq. (SBN: 298874)
  Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Defendants,
**STRANDED, LLC; DEON L. TAYLOR; ROXANNE TAYLOR**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. GOEBEL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STRANDED LLC, a California Limited Liability Company; PAULA PATTON, and individual; DEON L. TAYLOR, an individual; ROXANNE TAYLOR, an individual; and DOES 1 through and including DOE 10,<br><br>Defendants. | **CASE NO.:** 2:17-cv-01565-TLN-EFB<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT STATUS; ORDER**<br><br>[Complaint Filed: July 27, 2017] |

Pursuant to Federal Rules of Civil Procedure and Local Rules, Plaintiff D. Goebel and Defendants Deon Taylor, Roxanne Taylor, Paula Patton, Stranded, LLC, through their undersigned counsel, stipulate as follows:

WHEREAS, the clerk entered default status as to Defendant Paula Patton on January 23, 2018;

WHEREAS, the parties wish to prevent law and motion with respect to setting aside said default status;

WHEREAS, the parties do not oppose setting aside the default and allowing Defendant Paula Patton to file an Answer.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Plaintiff hereby withdraws his request to enter the default of Defendant Paula Patton.

2. Defendant Paula Patton shall have seven (7) days from the date this stipulation and order is signed to file an Answer.

DATED: February 12, 2018                    Respectfully submitted,

                                            **FRY LAW CORPORATION**


                                            By: /s/ Christopher J. Fry, Esq.
                                            Christopher J. Fry, Esq.
                                            *Attorney for Defendants*


DATED: February 12, 2018                    Respectfully submitted,

                                            **HARRIS & RUBLE**


                                            By: /s/ Alan Harris, Esq.
                                            Alan Harris, Esq.
                                            *Attorney for Plaintiff*

**ORDER**

The stipulation is approved.

(1) Defendant Paula Patton's default status shall be set aside;

(2) Defendant Paula Patton shall file and serve her Answer within seven (7) days of this order.

**IT IS SO ORDERED.**

**Dated: 2/12/2018**

_____
Troy L. Nunley
United States District Judge