UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. GOEBEL, individually and as on behalf of the State of California as well as proposed Classes of Aggrieved Employees,<br><br>Plaintiff,<br><br>v.<br><br>STRANDED LLC, a California Limited Liability Company; PAULA PATTON, an individual; DEON L. TAYLOR, an individual; ROXANNE TAYLOR, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | No. 2:17-cv-1565-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on June 12, 2019, for hearing on defendants' motion to modify the scheduling order (ECF No. 30), defendant Paula Patton's motion for summary judgment (ECF No. 31), and plaintiffs' motion for partial summary judgment (ECF No. 32). Attorney Christopher Fry appeared on behalf of defendants, and attorney Alan Harris appeared on behalf of plaintiffs.

For the reasons stated on the record, it is hereby ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 30) is granted, and the May 3, 2018 scheduling order is modified as follows:

a. All discovery, except for expert discovery, shall be completed by October 10, 2019. Defendants shall promptly provide available deposition dates for each witness plaintiffs seek to depose, and plaintiffs shall serve deposition notices by no later than June 28, 2019.

b. Expert disclosures shall be served no later than June 28, 2019, and any rebuttal disclosures shall be made by July 26, 2019.

c. All pretrial motions, except motions to compel discovery, shall be heard no later than December 11, 2019.

d. The final pretrial conference is set before the undersigned on February 12, 2020 at 10:00 a.m., in Courtroom No. 8.

e. A jury trial is set to commence before the undersigned on May 19, 2020 at 9:30 a.m., in Courtroom No. 8.

2. Defendant Patton's motion for summary judgment (ECF No. 31) and plaintiffs' motion for partial summary judgment as to defendants Patton, Deon Taylor, and Roxanne Taylor (ECF No. 32) are denied without prejudice to renewal after the close of discovery.

3. Plaintiffs' motion for partial summary judgment as to defendant Stranded LLC is submitted for decision.

DATED: June 19, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE