UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. GOEBEL, individually and as on behalf of the State of California as well as proposed Classes of Aggrieved Employees,<br><br>Plaintiffs,<br><br>v.<br><br>STRANDED LLC, a California Limited Liability Company; PAULA PATTON, an individual; DEON L. TAYLOR, an individual; ROXANNE TAYLOR, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | No. 2:17-cv-1565-EFB<br><br>ORDER RE SETTLEMENT & DISPOSITION |

The court has been notified by counsel for plaintiffs that the above-captioned case has settled. ECF No. 53.

Accordingly, the court orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

All hearing dates heretofore set in this matter, including the September 11, 2019 hearing on plaintiffs' motion for sanctions, are VACATED. The Clerk is directed to terminate all pending motions.

1

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: September 10, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE