UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. GOEBEL, individually and as on behalf of the State of California as well as proposed Classes of Aggrieved Employees,<br><br>Plaintiff,<br><br>v.<br><br>STRANDED LLC, a California Limited Liability Company; PAULA PATTON, an individual; DEON L. TAYLOR, an individual; ROXANNE TAYLOR, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No. 2:17-cv-01565-EFB<br><br>*Assigned to Hon. Edmund F. Brennan*<br><br>**[PROPOSED] ORDER FOR DISMISSAL** |

## **ORDER**

Pursuant to stipulation of the Parties, the above-captioned action is dismissed with prejudice, save for the Private Attorney General Act Claim that is dismissed without prejudice by operation of law, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 30, 2019.

_____
Edmund F. Brennan
United States Magistrate Judge